LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@nol.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DANIEL C. HALL )
)
Plaintiff, )
)
vs. )
)
)
)
CORRECTIONS CORPORATION )
OF AMERICA, INC. )
)
Defendant. )

CASE NO: 3AN-09-17255 CIV.

## COMPLAINT

Pursuant to Civil Rule 3, the plaintiff Daniel C. Hall ("Hall") by and through his attorney of record, Hugh W. Fleischer, hereby brings this action against defendant Corrections Corporation of America, Inc. ("CCA") as follows:

1. Plaintiff, Daniel C. Hall resides in Seward, Alaska, in the Third Judicial District. Mr. Hall was a State of Alaska inmate at Red Rock Correctional Center in Eloy, Arizona, operated by CCA.

2. CCA is a corporation which has it corporate offices in Nashville, Tennessee, and may be sued pursuant to AS 09.10.053 and 070.

3. Plaintiff, Daniel C. Hall, while incarcerated at Red Rock Correctional Center in Eloy, Arizona, operated by the CCA Corporation, with which the State of Alaska Department of Corrections contracts to house Alaska inmates, he was regularly misdiagnosed and mistreated by CCA physicians and other CCA-contract health care workers.

4. On or about May 25, 2007, a biopsy was performed on Mr. Hall which revealed, for the first time to Mr. Hall, that his thyroid gland had been destroyed; he had malignant spots on his lungs and severe heart damage.

5. In February, March, June, September and December of 2006, CCA had authorized Carondelet Health Network of St. Mary's Hospital in Tucson, Arizona to treat and care for Mr. Hall. During the above said dates, Mr. Hall was stable and although there was an indication of pulmonary nodules, the last report, in December 2006 stated that that there had been a significant decrease in size and number of pulmonary nodules.

6. On or about 2005 and through 2006, on a weekly basis, CCA Corporation health workers were deliberately indifferent to Mr. Hall's medical needs in that he was receiving overmedicating injections of "Interferon" to treat his diagnosis of Hepatitis C.

COMPLAINT

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635  FAX (907) 264-6602
E-Mail: hfleisch@aol.com

7. The nurses of CCA were untrained and provided injections of Interferon of 20 ml to 30 ml, which was approximately six times the recommended injection, which Hall asserts were the cause of the life threatening injuries detected in the aforesaid biopsy conducted on May 23, 2007.

8. The health care providers of CCA failed to notice that Mr. Hall's blood results were askew.

9. At some point during such injections, Mr. Hall went "blind", for a short time after an injection.

10. Up to on or about March 10, 2009, when Mr. Hall was released from prison, CCA officials continued to medically abuse and harm Hall, without any negligence from Hall.

11. This action is brought, pursuant to AS 09.10.053, 09.10.070, AS 09.17.010, AS 09.17.020 and AS 09.17.040, with Jurisdiction of this court based on AS 22.10.020.

12. The acts of the defendant, as described above, by clear and convincing evidence, were carried out in wholly reckless and callous indifference to the plaintiff's rights resulting in a violation of Mr. Hall's rights under the Eight Amendment to the United States Constitution.

COMPLAINT

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

13. The acts of the defendant, as described above, by clear and convincing evidence, were outrageous and evidenced reckless indifference to the interests of Mr. Hall, thus entitling Mr. Hall to punitive damages.

14. As a result of the facts set out in this complaint, plaintiff is entitled to compensatory damages.

WHEREFORE, plaintiff Daniel C. Hall requests judgment against defendant, Corrections Corporation of America, Inc. for:

1. Compensatory damages in excess of $100,000 and according to proof;

2. Punitive damages in excess of $100,000;

2. Costs and disbursements of this action including attorney fees;

3. Prejudgment interest on all amounts claimed; and

4. Such other and further relief as the court considers just and proper.

DATED this 12th day of May, 2009

LAW OFFICES OF HUGH W. FLEISCHER, LLC

COMPLAINT                    4

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

Attorneys for Plaintiff

By: _____
Hugh W. Fleischer
Alaska Bar # 7106012

COMPLAINT

5

Exhibit 4
Page 5 of 5 Pages